419 A.2d 198

Commonwealth v. Roper, Appellant.

Submitted March 23, 1979. Richard A. McDaniel, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

419 A.2d 199

Commonwealth v. Segal, Appellant.

Submitted March 23, 1979. Douglas M. Johnson, Assistant Public Defender, John T. Salvucci, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.